USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
ADAM FRIEDLANDER, individually and on behalf of all others similarly situated,

                      Plaintiff,

      -v-

BAY RIDGE BUILDING CONSULTANT INC.,

                      Defendant.
-------------------------------------------------------------------------- X

21-cv-00644 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Dkt. No. 12. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: May 4, 2021
       New York, New York

                                            LEWIS J. LIMAN
                                            United States District Judge